UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TYLER PIOLUNEK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:18CV870 |
| | : | |
| VERMONT STUDENT ASSISTANCE CORPORATION, UNITED STATES DEPARTMENT OF EDUCATION, AND AMERICAN EDUCATION SERVICES, | : : : : | May 24, 2018 |
| | : | |
| Defendants. | : | |

NOTICE OF REMOVAL

Please take notice that, pursuant to 28 U.S.C. § 1442(a)(1), the Defendant, United States Department of Education, has removed this matter to United States District Court for the District of Connecticut. As a basis for removal, the United States Department of Education makes the following representations:

1. The United States Department of Education has been named as a defendant in a lawsuit filed in the Connecticut Superior Court Small Claims Session at Hartford. A copy of the Small Claims Writ and Notice of Suit is attached hereto.

2. Pursuant to 28 U.S.C. § 1442(a)(1), any civil action brought in a state court against the United States or any agency thereof "may be removed . . . to the district court of the United States for the district and division embracing the place wherein it is pending."

3.  Based on the foregoing, the Defendant, United States Department of Education, hereby removes this action to the District Court for the District of Connecticut.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY


 */s/ Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
EMAIL:  Julie.Turbert@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, a copy of foregoing Notice of Removal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

I hereby certify that a copy of the within and foregoing Notice of Removal has been mailed, postage prepaid, on this 24th day of May, 2018, to:

Tyler Piolunek
740 Griffin Road
South Windsor, CT 06074

Michael R. Stuart
Vermont Student Assistance Corporation
P.O. Box 999
Winooski, VT 05404

American Education Services
P.O. Box 2461
Harrisburg, PA 17105

                                                   */s/ Julie G. Turbert*
JULIE G. TURBERT
ASSISTANT U.S. ATTORNEY
ATTORNEY BAR # ct23398
157 CHURCH STREET
NEW HAVEN, CT  06510
TELEPHONE:  (203) 821-3700
FAX: (203) 773-5373
EMAIL:  Julie.Turbert@usdoj.gov

3